UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH GOLDEN, *et al.*,

    Plaintiffs

v.

LUCAS VARITY KELSEY
HAYES, *et al.*,

    Defendants.
_____/

Case No. 2:93-cv-40530
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

# **ORDER RESOLVING *FOX*, *GOLDEN* AND *COLBY* RETIREE COMMITTEES' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA (DE 546)**

This matter came before the Court for consideration of Plaintiffs *Fox*, *Golden* and *Colby* Retiree Committees' motion to compel compliance with subpoena (DE 546), Defendant TRW's response in opposition (DE 551), non-party Express Scripts, Inc.'s response in opposition (DE 563), Plaintiffs' reply (DE 555), and the parties' joint list of unresolved issues (DE 559).

Plaintiffs' motion came before the Court for a hearing on July 19, 2018, at which attorneys John Canzano, Matthew Robb, Kathryn Humphrey and Jordan Ault appeared. After engaging in an informal conference with me in chambers, and then a meet and confer conference in my jury room at the Court's direction, counsel informed the Court that they had resolved the matters that had been the

subject of Plaintiffs' motion, and then placed a stipulation as to these resolved matters on the record, reserving their respective rights and objections should additional discovery be requested or required later.

For the reasons stated on the record, all of which are incorporated by reference as though fully restated herein, Plaintiffs' motion to compel (DE 546) is deemed **RESOLVED**. The Court will enforce the stipulations placed on the record, but makes no ruling regarding HIPAA-related privacy concerns as this issue is no longer ripe in the wake of the aforementioned stipulations.

**IT IS SO ORDERED.**

Dated: July 19, 2018                    s/Anthony P. Patti
                                              Anthony P. Patti
                                              UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on July 19, 2018, electronically and/or by U.S. Mail.

                                                       s/Michael Williams
                                                       Case Manager for the
                                                       Honorable Anthony P. Patti